HAMMEL, RIGLANDER & CO., INC. *v.* UNITED STATES

**No. 4535.**—Invoices dated Strasbourg, France, February 24, 19, 1938.
Certified February 25, 21, 1938.
Entered at New York March 11, 9, 1938.
Entry Nos. 827417, 826303.

(Decided March 8, 1939)

*Lane & Wallace* for the plaintiff.

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

SULLIVAN, Judge: These appeals to reappraisement have been submitted for decision by counsel for the parties hereto upon a stipulation incorporating the record in Reap. Dec. 4431.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such values are their invoice unit values, plus packing. Judgment will be rendered accordingly.